MARY CURTIN, Appellant, v. ELMIRA WATER, LIGHT AND RAILROAD COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Application of TIMOTHY L. CRONIN, Respondent, for the Removal of ARTHUR HOFF and DAVID W. QUACKENBUSH, Doing Business under the Name and Style of " Quackenbush & Hoff," Appellants, from Certain Premises in the City of Elmira, New York.— Judgment unanimously affirmed, with costs.

ANNA DEICHSEL, Respondent, v. RAY MASON, Appellant.— Judgment and order unanimously affirmed, with costs.

CHARLES N. HOOD, Appellant, v. THE STATE OF NEW YORK, Respondent. — Judgment of the Court of Claims unanimously affirmed, with costs.

JAMES A. LEARY and Another, as Copartners, etc., Appellants, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent, Impleaded with LUCIA MONGONE SANZONE.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. All concurred.

CHARLES H. LYON, Respondent, v. ELMIRA WATER, LIGHT AND RAILROAD COMPANY, Appellant.— Judgment and order reversed as against the weight of evidence and new trial granted, with costs to appellant to abide event. All concurred, except Cochrane, J., dissenting.

CHARLES P. LYNCH, Respondent, v. J. JOHN HASSETT and Others, Appellants.— Judgment unanimously affirmed, with costs.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JOHN LAURINO, Respondent, for Compensation under the Workmen's Compensation Law, v. JOHN E. DONOVAN, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion granted.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANGELO DI SALVIO, Respondent, for Compensation under the Workmen's Compensation Law, v. THE MENIHAN COMPANY, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ELLEN MCINERNEY, Widow of MICHAEL MCINERNEY, Deceased, Respondent, v. BUFFALO AND SUSQUEHANNA RAILROAD CORPORATION, Employer and Self-Insurer, Appellant.— Motion denied.